UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA L. TOFT,  )  | |
| )  | |
| Plaintiff, )  No. | RECEIVED COPY |
| )  | MAY 16, 2008 NF |
| v. )  | 08CV2861 |
| )  Judge | JUDGE LEFKOW |
| MICHAEL J. ASTRUE, )  | MAGISTRATE JUDGE ASHMAN |
| Commissioner of Social Security, )  | |
| )  | |
| Defendant. )  | |

COMPLAINT FOR JUDICIAL REVIEW

Introductory Statement

1. This is an action for judicial review of a final decision of the Defendant Commissioner of the Social Security Administration denying Plaintiff's claims for the establishment of a period of disability and disability insurance benefits under section 216(I) and 223 of the Social Security Act, 42 U.S.C. Sections 416(I) and 423.

Jurisdiction

2. Jurisdiction to review the defendant's decision is specifically conferred on this court by 42 U.S.C. Sec. 405(g).

Claim for Relief

3. 42 U.S.C. Sections 416(I) and 423 provide, inter alia, for the payment of Social Security benefits to those individuals who are insured under the Social Security program. 42 U.S.C. Section 423 provides that an individual shall be considered to be disabled if he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which has lasted or can be

expected to last for a continuous period of not less than twelve months or which can be expected to result in death.

4. Plaintiff, Debra L. Toft (XXX-XX-3383), is a resident of Palatine, Illinois, which is located in Cook County.

5. Plaintiff filed an application for Social Security Disability Insurance Benefits ("DIB") on November 2, 2005, alleging a disability onset date of February 6, 2002. The application was denied initially on February 14, 2006 and upon reconsideration on May 11, 2006. Plaintiff timely filed a Request for Hearing on May 16, 2006, and appeared and testified at an administrative hearing on May 8, 2007 before Administrative Law Judge ("ALJ") Cynthia M. Bretthauer at the Office of Disability Adjudication and Review in Evanston, Illinois. In a notice dated June 22, 2007, ALJ Bretthauer found Plaintiff not disabled and not entitled to disability benefits at any time.

6. Plaintiff filed a timely Request for Review of the hearing decision with the Social Security Administration's Appeals Council. On March 20, 2008, the Appeals Council denied review, thus rendering a final administrative decision by the Commissioner.

7. Plaintiff's complaint can be filed up to and including 65 days after the Appeals Council action. Thus, Plaintiff's complaint can be timely filed on or before May 24, 2008.

8. Plaintiff requests judicial review of the Commissioner's adverse decision on the following grounds:

a. The Administrative Law Judge erred in rendering a decision that was not supported by substantial evidence and contains errors of law.

     b. The Appeals Council erred in declining review of an adverse decision that was not supported by substantial evidence and contains errors of law.

     WHEREFORE, Plaintiff requests that this court:

     A. Reverse and set aside the Commissioner's final decision; or

     B. In the alternative, remand this cause for further proceedings consistent with the Commissioner's regulations and Circuit law;

     C. Award attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, if plaintiff is the prevailing party;

     D. Award attorney's fees as part of its judgment in accordance with 42 U.S.C. § 406(b); and

     E. Order such other relief as this court deems just.

                                                      Respectfully submitted,

                                                      <u>s/ Frederick J. Daley, Jr.</u>
                                                      Frederick J. Daley, Jr.
                                                      Attorney for Plaintiff,
                                                      Debra L. Toft
                                                      fdaley@ddbchicago.com

Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 (fax)