# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2861 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Toft vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed in forma pauperis [4] is granted. The clerk is directed to issue summonses for service of process on the defendants by the United States Marshal Service and the United States Marshal Service is directed to serve the complaint on the defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|